UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES BROWN,

    Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS.,

    Defendant.

Case No. C07-5683FDB/JKA

ORDER GRANTING IN PART AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been given leave to proceed *in forma pauperis.*

    On December 18, 2007, the court ordered plaintiff to file an amended complaint (Dkt # 5). Plaintiff now asks for a 60 day extension of time to comply. The court will give plaintiff until February 29, 2008 to file an acceptable complaint. Plaintiff's motion for an extension of time is **GRANTED IN PART.**

    The Clerk is directed to send a copy of this Order to plaintiff, and note the due date for the amended complaint as **February 29, 2008.**

    DATED this 16 day of January, 2008.

                                        */S/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

ORDER PAGE 1