# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES BROWN                                              JUDGMENT IN A CIVIL CASE

      v.

HAROLD W. CLARKE, et al.                                   CASE NUMBER: C07-5683FDB

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. This action is DISMISSED WITH PREJUDICE prior to service for failure to state a claim. An inmate has no right to earn a reduction of sentence under the Constitution itself. Further, Washington state law does not provide a right in amassing earned timed credits. In Re Galvez, 79 Wash. App. 655 (1995). THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g).

 

February 26, 2008                                          BRUCE RIFKIN
                                                           Clerk

                                                           s/ D. Forbes
                                                           By, Deputy Clerk